**John Marvin BALLARD, Plaintiff–Appellant,**

v.

**Tracy JOHNS; Dr. Karen Steinour; Candace Gregory; Mr. K. McKoy; J. Godwin; Justin Andrews, Defendants–Appellees.**

**No. 14–6515.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

John Marvin Ballard, Appellant Pro Se. Michael Bredenberg, Jennifer Dee Dannels, Federal Medical Center, Butner, North Carolina, Kimberly Ann Moore, Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States

Attorney, Raleigh, North Carolina, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard appeals the district court's order granting Defendants' motion to dismiss or, in the alternative, for summary judgment, on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying Ballard's motion for an order overruling Defendants' objections to certain document production requests. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b), we find no reversible error and affirm the district court's judgment. *Ballard v. Johns,* No. 5:11–ct–03042–H (E.D.N.C. March 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*